```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ORTEGA, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

STARTUP CANDY CO.,

                Defendant.

22-CV-1796 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 5, 2022, Plaintiff filed an affidavit of service stating that Defendant Startup Candy Co. was served on March 26, 2022. Defendant's answer was due on April 18, 2022. Defendant has not yet appeared, answered, or otherwise responded to the complaint. On May 11, 2022, the Court granted Plaintiff's request for leave to file a motion for default judgment against Defendant. As of today's date, the Court has received no such motion.

    If Plaintiff still intends to move for default judgment, he shall do so by August 12, 2022. Failure to do so may result in dismissal of this case for failure to prosecute pursuant to Rule 41(b).

    Plaintiff shall serve a copy of this Order on Defendant by July 19, 2022 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    July 13, 2022
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge